| | |
|---|---|
| FRANK WILLIAMS INDIVIDUALLY, AND ON BEHALF OF HIS DECEASED SON, SHEDRAN WILLIAMS | NUMBER: _____ DIV.: "___" |
| VS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| ABRAHAM MEBRAHTOM, DART TRANSIT COMPANY, YAM TRUCKING LLC AND MIDWAY INSURANCE COMPANY | STATE OF LOUISIANA |

===============================================================

## PETITION FOR WRONGFUL DEATH AND SURVIVAL ACTION

**The petition of** Frank Williams, (hereinafter referred to from time to time as Plaintiff) a person of the full age of majority, domiciled in East Baton Rouge Parish, State of Louisiana, individually and on behalf of his deceased son, Shedran R. Williams, who with respect, represent the following:

1.

Made defendants herein are:

**ABRAHAM MEBRAHTOM,** an individual of the full age of majority, domiciled, upon information and belief, in Harris County, City of Houston, State of Texas, who is an out of state driver can be served through the Long-Arm Statue at 6220 Alder Dr. Apt. 3801, Houston, Texas 77081, and as an out of state driver can be served through the Secretary of the State of Louisiana in accordance with LRS 13:3474.

**YAM TRUCKING LLC,** on information and belief, is a foreign limited liability company, organized and existing under the laws and State of Texas, having the address of 5750 Gulfton st. Apt 1489 Houston, Texas 77081, which can be served via Louisiana Long Arm Statue.

**DART TRANSIT COMPANY,** an interstate carrier company, transporting diesel fuel and other products, with an address of 800 Lone Oak Road, Eagan, MN 55121 and can be served via Louisiana Long Arm Statue.

**MIDWAY INSURANCE COMPANY,** a foreign automobile liability insurer, with an address of Lenox Center 3355 Lenox Road NE, Atlanta, GA 30326 and can be served through Louisiana Secretary of State via 13:3474.

2.

Defendants, Abraham Mebrahtom, Yam trucking LLC, Dart Transit Company/Advantage Transportation and Midway Insurance Company are liable individually, jointly and in solido unto Frank Williams, individually and on behalf of his deceased son, Shedran R. Williams, for such damages as are reasonable in the premises, together with legal interest thereon, from the date of judicial demand until paid, and for all costs of these proceedings for the following reasons:

1

EXHIBIT A

3.

The deceased, Shedran Williams, died intestate, was not married at this time of his death and did not have any children neither did he have any adopted children. Pursuant to Louisiana Civil Code articles 2315.2 (2) and 2315.1 (2), Frank Williams is the permissible party plaintiff to bring this action.

4.

On or about June 12, 2021, a major traffic incident occurred causing traffic to come to a complete stop near the 700 block, westbound on Interstate 12 (I-12) between Millerville Road and the South Sherwood Forest Boulevard exit ramps located in East Baton Rouge Parish, Louisiana.

5.

At the time of incident described in ¶ 4 above, a 2020 Volvo Semi was in the right outside lane of I-12 and came to a complete stop. The deceased, Shedran Williams was operating a 2016 Chevrolet Malibu traveling behind the Volvo Semi and he also came to a complete stop.

6.

While the 2020 Volvo Semi and the 2016 Chevrolet Malibu were at a complete stop a large 2009 Freightliner Semi, driven by Abraham Mebrahtom, was also traveling in the outside lane, but apparently did not observe the traffic congestion as described in ¶s 4 and 5 above. Upon information and belief, the 2009 Freightliner Semi driven by Abraham Mebrahtom, attempted to avoid colliding with other motorist, but was unable to, and struck the rear of the Chevrolet Malibu with great force, causing it (Chevrolet Malibu) to collide with the rear of the 2020 Volvo Semi's trailer. The diesel tank of the of the 2009 Freightliner ruptured causing a large amount of diesel fuel to spill onto I-12. A hazmat unit was called to the scene to assess the environmental impact.

7.

As a result of the incidents described in ¶ 6 above, Shedran Williams died.

8.

Defendant, Abraham Mebrahtom's negligence includes the following non-exclusive particulars: exceeding the posted speed limit, distracted driver, reckless operation of Freightliner while transporting hazardous flammable diesel fuel, failure to observe that the traffic ahead of him came to a complete stop, driver fatigue, speeding, aggressive or reckless driving, alleged impaired

EXHIBIT A

and or intoxicated driver and all other acts of negligence which may be proven through discovery or at the trial.

9.

Defendants, **YAM TRUCKING LLC and DART TRANSIT COMPANY**, is negligent under the theory of *respondeat superior* for the negligent acts of its employee, **Abraham Mebrahtom**. Defendants, **YAM TRUCKING LLC and/or Dart Transit Company** negligence also includes failing to provide ongoing safe driver training for its employees, allowing and allegedly encouraging improperly loaded cargo, failure of the safe upkeep and maintenance of its Freightliner's including brake failure, equipment malfunction and all other acts of negligence to be proven through discovery or at the trial.

10.

**MIDWAY** Insurance Company is the liability insurance carrier of defendants, **ABRAHAM MEBRAHTOM** and/or **YAM TRUCKING LLC**. Said policy of insurance to cover such acts of negligence and omissions as those described herein.

11.

At the time of the incident sued on herein, Plaintiff, individually and on behalf of his deceased son, Shedran R. Williams, alleges upon information and belief, there was in full force and effect one or more policies of public motor vehicle liability insurance issued by defendant, **MIDWAY** Insurance Company, to and in favor of the defendants, Abraham Mebrahtom and or **YAM TRUCKING LLC,** which affords coverage for liability of the nature asserted herein against said defendants, Abraham Mebrahtom and **YAM TRUCKING LLC**, which insurance inures to the benefit of Plaintiff, individually and on behalf of his deceased son, Shedran R. Williams, under the provisions of the Louisiana Direct Action Statute, LA. R.S. 22:655, thereby entitling Plaintiff, individually and on behalf of his deceased son, Shedran R. Williams, to maintain this direct action against said Defendant, **MIDWAY** Insurance Company, insurer, thereby rendering said Defendant insurer liable, *in solido,* with defendants, **ABRAHAM MEBRAHTOM** and **YAM TRUCKING LLC**.

12.

Plaintiff suffered the following 2315.2 wrongful death damages as a result of the Defendants' negligence: severe mental anguish and emotional distress, loss of enjoyment of life

3

EXHIBIT A

and happiness of his Son, loss of love and affection of his Son, loss of companionship of his Son, grief; and other damages to be shown at the trial.

## SURVIVAL ACTION

13.

Plaintiff, on behalf of his deceased son, Shedran R. Williams, sustained the following 2315.1 survival action damages as a result of the Defendants' negligence: mental anguish, pain and suffering, fear; and other damages to be shown at the trial of this matter.

14.

As a result of the Defendants' negligence the following special damages were sustained: hospitals and medical bills, funeral and burial expenses and other special damages to be shown at the trial of this matter.

15.

In addition to the allegations mentioned above, Plaintiff pleads the doctrine of res ipsa loquitur

16.

Venue is proper in this Parish pursuant to Louisiana Code of Civil Procedure in that accident occurred in East Baton Rouge Parish.

17.

**WHEREFORE**, Plaintiff, Frank Williams, individually and on behalf of his deceased son, Shedran R. Williams, pray that his petition is deemed good and sufficient and that after all legal delays and due proceedings had, there be judgment in favor of plaintiff, Frank Williams, individually and on behalf of his deceased son, Shedran R. Williams and against; Defendants', **ABRAHAM MEBRAHTOM, YAM TRUCKING LLC, DART TRANSIT COMPANY** and **MIDWAY** Insurance Company, individually, jointly and in solido, in an amount reasonable in the premises, including all court costs, deposition costs, expert witness fees, penalties, interest and attorney fees, together with legal interest from the date of judicial demand until paid.

EXHIBIT A

RESPECTFULLY SUBMITTED:

THE LAW OFFICES OF DEDRICK A. MOORE

BY: _____
DEDRICK A. MOORE
Bar Roll No, 30629
4962 Florida Blvd, 4th Floor
Baton Rouge, Louisiana 70806
Office: (225) 412-0412
Fax:    (225) 412-0414

**PLEASE SERVE:**

1.  Abraham Mebrahtom
    **THROUGH LOUISIANA LONG-ARM SERVICE**
    6220 Alder Dr. #3801
    Houston, Texas 77081

2.  Dart Transit Company
    **THROUGH REGISTERED AGENT VIA LOUISIANA LONG-ARM SERVICE**
    Judy Nelson
    800 Lone Oak Rd
    Eagan, MN 55121

3.  Midway Insurance Company
    **THROUGH THE SECRETARY OF THE STATE**
    8585 Archives Ave
    Baton Rouge, LA 70809

4.  Yam Trucking LLC
    **THROUGH REGISTERED AGENT VIA LOUISIANA LONG-ARM SERVICE**
    Kibrom Gebresilascie
    5750 Gulfton St, Apt 1489
    Houston, TX 77081

EXHIBIT A